# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 APR -5 AM 8:18



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>FIDENCIO ACOSTA,<br><br>　　　　　　　　Defendant. | CASE NO. 10CR0658-IEG<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

___　of the offense(s) of:

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 2, 2010

　　　　　　　　　　　　　　　　　WILLIAM V. GALLO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED ON _____